IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MARIANNA LANDS, CHARLES PAYNTER,<br><br>   Plaintiffs,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, DEANNE CRESWELL, AND ANGELA GLADWELL,<br><br>   Defendants. | No. 23-cv-869 JMR-JFR<br><br>**NOTICE OF PLAINTIFFS' NON-CONSENT TO MAGISTRATE FOR DISPOSITIVE PROCEEDINGS** |

To: The Court And Counsel

PLEASE TAKE NOTICE Plaintiffs do not consent to Magistrate Judge Jennifer M. Rozzoni conducting dispositive proceedings, including trial and motions, in this action.

Dated: January 25, 2024

                *Thomas Tosdal*
                P.O. Box 109
                Ovando, MT 59854
                (858) 877-0223
                tom@tosdallaw.com
                Attorney for Plaintiffs

## Certificate of Service

    I certify that on January 25, 2024, I filed this Notice of Non-Consent electronically through the CM/ECF system, which caused all counsel or parties to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

                                                  *Teresa Ferrer*
                                                Litigation Paralegal