IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MARIANNA LANDS, CHARLES PAYNTER,<br><br>　　　　　　Plaintiffs,<br>v.<br>FEDERAL EMERGENCY MANAGEMENT AGENCY, DEANNE CRESWELL, AND ANGELA GLADWELL,<br><br>　　　　　　Defendants. | No. 23-cv-869 JB-JMR<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiffs Marianna Lands and Charles Paynter, by and through their counsel, move under F.R.C.P. Rule 15(a)(2) and D.N.M.L. Rule 15.1 for an order granting leave to file with the Clerk the attached Second Amended Complaint. This motion is unopposed by counsel for Defendants. At present, there are no case management dates set by the Court.

Dated: February 14, 2023

　　　　　　　　　　　　　　　　　　　　*Thomas Tosdal*
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　P.O. Box 109
　　　　　　　　　　　　　　　　　　　　Ovando, MT 59854
　　　　　　　　　　　　　　　　　　　　(858) 877-0223
　　　　　　　　　　　　　　　　　　　　tom@tosdallaw.com

## Certificate of Service

 I certify that on February 26, 2024, I filed this Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint electronically through the CM/ECF system, which caused all counsel or parties to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

              *Teresa Ferrer*
              Litigation Paralegal