IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MARIANNA LANDS, CHARLES PAYNTER, <br><br> Plaintiffs, <br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, DEANNE CRESWELL, AND ANGELA GLADWELL, <br><br> Defendants. | ) ) No. 1:23-cv-869 JB-JMR <br> ) ) ) ) **NOTICE OF COMPLETION** <br> ) **OF BRIEFING** ) ) ) ) ) ) |

TO THE COURT AND COUNSEL

PLEASE TAKE NOTICE briefing is completed and filed in this action. The briefing consists of Plaintiffs' Opening and Reply briefs and FEMA's Response brief.

Dated: October 8, 2024

*Thomas Tosdal*
Thomas Tosdal
Tosdal Law Firm
P.O. Box 109
Ovando, MT 59854
(858) 877-0223
tom@tosdallaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to each of the parties of record.

*/s/ Teresa Ferrer*
Litigation Paralegal