# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARIANNA LANDS, and
CHARLES W. PAYNTER,

      Plaintiffs/Petitioners,

v.                                        No. 1:23-cv-00869-JB-JFR

FEDERAL EMERGENCY
MANAGEMENT AGENCY,
DEANNE CRISWELL, and
ANGELA GLADWELL,

      Defendants/Respondents.

## ORDER ADOPTING STIPULATION
## TO SUPPLEMENT THE ADMINISTRATIVE RECORD

PURSUANT TO the Court's Scheduling Order, ECF No. 26, Defendants/Respondents Federal Emergency Management Agency ("FEMA"), Deanne Criswell, and Angela Gladwell lodged the administrative record in this case on April 30, 2024. ECF No. 28. Plaintiffs/Petitioners Marianna Lands and Charles Paynter filed a motion to supplement the record, ECF No. 31, requesting that additional documents be included. Defendants/Respondents filed a response, ECF No. 34, and the Court held a hearing on the matter on May 31, 2024.

Subsequently, the parties entered into a stipulation to lodge certain documents requested by Plaintiffs/Petitioners as a supplement to the administrative record. The documents that the parties agreed to admit were lodged with the Court.

ECF No. 39. The stipulation is attached here as Attachment A.

After having heard this matter and reviewing the stipulation, the Court grants the request of the parties to lodge as a supplement to the administrative record the documents contained in Attachment A.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED/SUBMITTED BY:

/s/ Ty Tosdal
Ty Tosdal
Tosdal, APC

Thomas L. Tosdal,
Tosdal Law Firm

Mark Dow
Cynthia L. Weisman
Bauman & Dow, PC

*Attorneys for Plaintiffs/Petitioners*

APPROVED:

/s/ Nicholas M. Sydow
Brett C. Eaton
Nicholas M. Sydow
Assistant United States Attorneys

*Attorneys for Defendants/Respondents*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIANNA LANDS, and
CHARLES W. PAYNTER,

      Plaintiffs/Petitioners,

  v.                                          No. 1:23-cv-00869-JB-JFR

FEDERAL EMERGENCY
MANAGEMENT AGENCY,
DEANNE CRISWEL, and
ANGELA GLADWELL,

      Defendants/Respondents.

## STIPULATION OF PARTIES TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND NOTICE OF LODGING

In accordance with the Court's Scheduling Order and Order Adopting Joint Status Report and Provisional Discovery Plan, ECF No. 26, the Parties agree to the lodging of the following documents as a supplement to the Administrative Record offered by Plaintiffs/Petitioners to establish jurisdiction.

1. FEMA Notice of Loss, Marianna Lands, December 19, 2023;

2. FEMA Notice of Loss Acknowledgement Letter, Marianna Lands, January 9, 2024;

3. FEMA Notice of Loss, Charles Paynter, July 16, 2023;

4. FEMA Notice of Loss Acknowledgment Letter, Charles Paynter, September 15, 2023;

5. FEMA Proof of Loss, Charles Paynter, December 13, 2023.

Plaintiffs hereby notice the lodging of the Supplement to the Administrative Record to support this Court's jurisdiction. Plaintiffs will hand deliver two copies of the Supplement to the Administrative Record on USB drives to the Clerk's Office for delivery to the Chambers of the Honorable James O. Browning. The Supplement to the Administrative Record will also be electronically delivered to Defendants through counsel of record.

| | |
|---|---|
| Dated: June 24, 2024 | *Thomas Tosdal*<br>Tosdal Law Firm<br>P.O. Box 109<br>Ovando, MT 59854<br>(406) 793-1949<br>tom@tosdallaw.com<br><br>*Ty Tosdal*<br>TOSDAL APC<br>845 15th Street, Suite 103<br>San Diego, CA 92101<br>(858) 224-3068<br>ty@tosdalapc.com<br><br>*/s/ Ty Tosdal* |
| Dated: June 24, 2024 | ALEXANDER M.M. UBALLEZ<br>UNITED STATES ATTORNEY<br><br>*/s/ Brett C. Eaton*<br>Nicholas M. Sydow<br>Brett C. Eaton<br>Assistant United States Attorneys<br>201 Third St. NW, Suite 900<br>Albuquerque, NM 87102<br>(505) 346-7274<br>Nicholas.Sydow@usdoj.gov<br>Brett.Eaton@usdoj.gov<br>**Attorneys for Defendants/Respondents** |

2

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 25, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to each of the parties of record.

                      */s/ Ty Tosdal*

                        *Ty Tosdal*
                        TOSDAL APC
                        845 15th Street, Suite 103
                        San Diego, CA 92101
                        (858) 224-3068
                        ty@tosdalapc.com

                        *Thomas Tosdal*
                        Tosdal Law Firm
                        P.O. Box 109
                        Ovando, MT 59854
                        (406) 793-1949
                        tom@tosdallaw.com