IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

*BEFORE DISTRICT JUDGE JAMES O. BROWNING*

| | | | |
|---|---|---|---|
| CASE NO.: | CIV 23-869 JB | DATE: | May 2, 2025 |
| CASE CAPTION: | *Lands, et al. v. Federal Emergency Management Agency, et al.* | | |
| CRD: | C. Padilla | COURT REPORTER: | J. Bean |
| COURT IN SESSION: | 9:06 AM | COURT IN RECESS: | 10:32 AM |
| TIME IN COURT: | 1:26 | | |

TYPE OF PROCEEDING: Motion Hearing (see below)

COURT'S RULING/DISPOSITION:

1. Respondents' Motion to Alter or Amend Judgment [63]

ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:   Court

| ATTORNEYS PRESENT FOR PLAINTIFF(S): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| Cynthia Aragon | Scott Eaton |
| Nicholas Mendoza | |

## PROCEEDINGS

**COURT IN SESSION:**   **9:06 AM**

**Court:**   Calls case.   Counsel enter appearances.

**Court: Addresses pending motion.**

**Mr. Sydow:** Argues motion.

**Court:** Why don't you argue the nuisance and trespass issue.

**Mr. Sydow:** Responds.

**Court**: addresses Mr. Tosdal regarding opinion.

**Mr. Tosdal:** Responds, no.

**Court:** addresses tort issue.

**Mr. Tosdal:** Responds.

**Court:** give me examples of when an individual does a prescribed notes.

**Mr. Tosdal:** Responds.

**Court:** Would you say that as to NM State?

**Mr. Tosdal:** Does not apply. Continues with argument in opposition.

**Court:** addresses Mr. Sydow regarding trespass and nuisance.

**Mr. Sydow:** Responds.

**Court:** Have you given more thought to my suggestion at the Dolan hearing?

**Mr. Sydow:** Responds.

**Mr. Tosdal:** Addresses interpretation of statute.

**Mr. Sydow:** Responds.

**Mr. Tosdal:** Responds regarding the particular relief.

**Mr. Sydow:** Responds in conclusion. Asks that the court consider Rule 59 motion.

Nothing further from the parties.

**Court:** try to get an opinion out as soon as possible.

**Court in Recess: 10:32 AM**