## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MARIANNA LANDS, and
CHARLES W. PAYNTER,

      Plaintiffs/Petitioners,

  v.                                                   No. 1:23-cv-00869-JMR-JFR

FEDERAL EMERGENCY
MANAGEMENT AGENCY,
DEANNE CRISWEL, and
ANGELA GLADWELL,

      Defendants/Respondents.

## NOTICE OF WITHDRAWAL OF COUNSEL

      Please take notice that Jena Ritchey, Assistant United States Attorney for the District of New Mexico, hereby withdraws from the above-captioned case. Assistant United States Attorney Nicholas M. Sydow will remain as counsel for Defendants/Respondents Federal Emergency Management Agency, Deanne Criswell, and Angela Gladwell.

                                      Respectfully submitted,

                                      RYAN ELLISON
                                      United States Attorney

                                      */s/ Jena Ritchey*
                                      JENA RITCHEY
                                      Assistant United States Attorney
                                      201 Third Street NW, Suite 900
                                      Albuquerque, NM 8710
                                      (505) 346-6860; Fax (505) 346-7205
                                      jena.ritchey@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 11, 2025, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

      */s/ Jena Ritchey*
JENA RITCHEY
Assistant United States Attorney